Sebastian Rucci (State Bar No. 178114)
Law Offices of Sebastian Rucci
401 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Phone (562) 901-0199
Fax    (562) 901-0599
Cell    (330) 720-0398
Email: SebRucci@Gmail.com

Attorney for defendant Aaron Clark

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AARON CLARK ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. 1:08-cr-00257-AWI-1 <br><br> Judge Anthony W. Ishii <br><br> **UNOPPOSED CONTINUANCE OF STATUS CONFERENCE** |

**STIPULATION CONTINUING STATUS CONFERENCE TO NOV. 24, 2008**

A status conference is presently scheduled for October 27, 2008. Attorney Sebastian Rucci was recently approved as counsel of record for Defendant Aaron Clark and he seeks a continuance of the Status Conference to November 24, 2008 to allow counsel an opportunity to familiarize himself with the case. All counsel consent to the continuance of the Status Conference to November 24, 2008. Time is excluded under the speedy trial act for defense preparation.

/s/ Katherine Hart                              /s/ Sebastian Rucci
Katherine Hart                                  Sebastian Rucci
Attorney for defendant Diana Orantes            Attorney for defendant Aaron Clark


/a/ Elana Landau
Elana Sharon Landau
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:      October 24, 2008**              /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE