Sebastian Rucci (State Bar No. 178114)
Law Offices of Sebastian Rucci
401 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Phone (562) 901-0199
Fax    (562) 901-0599
Cell    (330) 720-0398
Email: SebRucci@Gmail.com

Attorney for defendant Aaron Clark

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:08-cr-00257-AWI-1 |
| Plaintiff, ) | |
| v. ) | Judge Anthony W. Ishii |
| AARON CLARK ) | **UNOPPOSED CONTINUANCE OF STATUS CONFERENCE** |
| Defendant. ) | |

**STIPULATION CONTINUING STATUS CONFERENCE**

A status conference is presently scheduled for November 24, 2008. Defendants counsel is exploring possible plea agreement and seeks additional time to conclude the exploration of the same, and seeks a continuance of the Status Conference to January 5, 2009. All counsel consent to the continuance of the Status Conference to January 5, 2009. Time is excluded under the speedy trial act for defense preparation.

/s/ Katherine Hart
Katherine Hart
Attorney for defendant Diana Orantes

/s/ Sebastian Rucci
Sebastian Rucci
Attorney for defendant Aaron Clark

/a/ Elana Landau
Elana Sharon Landau
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:     November 21, 2008**            /s/ Anthony W. Ishii
                                                                           CHIEF UNITED STATES DISTRICT JUDGE