Sebastian Rucci (State Bar No. 178114)
Law Offices of Sebastian Rucci
401 E. Ocean Blvd, Suite 200
Long Beach, CA 90802
Phone (562) 901-0199
Fax    (562) 901-0599
Cell    (330) 720-0398
Email: SebRucci@Gmail.com

Attorney for defendant Aaron Clark

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **STIPULATION CONTINUING STATUS CONFERENCE FROM MARCH 16, 2009 TO MARCH 23, 2009** |
| Plaintiff, ) | |
| v. ) | Case No. 1:08-cr-00257-AWI-1 |
| AARON CLARK ) | Judge Anthony W. Ishii |
| Defendant. ) | Proposed Date: 3/23/09<br>Time: 9:00 am<br>Room: AWI |

IT IS HEREBY STIPULATED AMONG COUNSEL AS FOLLOWS:

That the status conference previously set for March 16, 2009 at 9:00 a.m. be continued to March 23, 2009 at 9:00 am as SEBASTIAN RUCCI, counsel for AARON CLARK has a hearing in Ohio on the same day. Additionally, settlement offers have recently been conveyed and counsel for CLARK is finalizing the acceptance of the offer. It is further stipulated that time will be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*. in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

| | | |
|---|---|---|
| Date: March 9, 2009 | | /s/ Sebastian Rucci |
| | | Sebastian Rucci |
| | | Attorney for defendant Aaron Clark |

| | | |
|---|---|---|
| Date: March 9, 2009 | | /s/ Katherine Hart |
| | | Katherine Hart |
| | | Attorney for defendant Diana Orantes |

| | | |
|---|---|---|
| Date: March 9, 2009 | | /s/ Sheila K. Oberto |
| | | Sheila K. Oberto |
| | | Assistant United States Attorney |

## ORDER

Good cause appearing it is hereby ordered that the status conference previously set for March 16, 2009 at 9:00 a.m. be reset to March 23, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated: March 10, 2009**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE